# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH WAYNE HUNTER<br>(Dallas County Jail No. 13034945), | § <br> § <br> § | |
| Plaintiff, | § <br> § | |
| v. | § <br> § | No. 3:14-CV-1817-B |
| CRAIG WATKINS, ET AL., | § <br> § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

SIGNED: January 6, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE