UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH WAYNE HUNTER (TDCJ No. 1981619), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:14-cv-1817-B |
| CRAIG WATKINS, ET AL., | § § § | |
| Defendants. | § | |

# ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

DATE: NOVEMBER 8, 2016

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE