IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH WAYNE HUNTER (TDCJ No. 1981619), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:14-cv-1817-B-BN |
| OFFICER M. JAMES, | § § § | |
| Defendant. | § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DENIES** the motion for default judgment [Dkt. No. 63].

**SO ORDERED.**

**DATED: AUGUST 15, 2017**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-